THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Jermaine Abercrombie, Appellant.
 
 
 

Appeal From Greenville County
 Larry R. Patterson, Circuit Court Judge

Unpublished Opinion No. 2010-UP-280
Submitted May 3, 2010  Filed May 20, 2010    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Senior Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; and
 Solicitor Robert Mills Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM: James
 Jermaine Abercrombie appeals his conviction for possession of crack cocaine
 with intent to distribute.  On appeal, Abercrombie contends the trial court
 erred in denying his motion for a directed verdict.  Abercrombie also asserts
 error in the jury instruction.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: 
1.  As to whether the trial
 court erred in denying Abercrombie's motion for a directed verdict: State v. Weston,
 367 S.C. 279, 292, 625 S.E.2d 641, 648 (2006) (stating that when ruling on a
 motion for a directed verdict, the trial court is concerned with the existence
 or nonexistence of evidence, not its weight);  Id. (explaining a
 defendant is entitled to a directed verdict when the State fails to produce
 evidence of the offense charged); Id. at 292-93, 625 S.E.2d at 648 (providing
 when this court reviews the denial of a directed verdict motion it "views the
 evidence and all reasonable inferences in the light most favorable to the State,
 and if there is any direct evidence or any substantial circumstantial evidence
 reasonably tending to prove the guilt of the accused, the appellate court must
 find the case was properly submitted to the jury").  
2.  As to whether the trial
 court erred in giving the jury instruction: In re McCracken, 346 S.C. 87,
 92, 551 S.E.2d 235, 238 (2001) ("A bald assertion, without supporting
 argument, does not preserve an issue for appeal.").  
AFFIRMED.
KONDUROS, GEATHERS, and
 LOCKEMY, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.